| | AUSA: Anca Pop | Telephone: (989) 895-5712 |
|---|---|---|
| AO 93 (Rev. 11/13) Search and Seizure Warrant | Special Agent: Bryan Butler | Telephone: (989) 892-6525 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Filed: 09/13/2019
Time: 10:24:27 am
U.S. District Court
Eastern District of MI
Bay City

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

2150 M-61, BENTLEY, MICHIGAN

Case No. 1:19-mc-51081-4
Judge: Ludington, Thomas L.
Filed: 07-24-2019

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    Michigan    .
*(identify the person or describe the property to be searched and give its location)*:

Attachment A

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: *s/ Kristen Castaneda*
Deputy

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before    August 7, 2019    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    the presiding United States Magistrate Judge on duty    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for    days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of    

Date and time issued:    July 24, 2019   11:02 am

*Judge's signature*

City and state:   Bay City, Michigan    Patricia T. Morris   U. S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:19-mc-51081-4 | Date and time warrant executed:<br>7/25/19 at 8:00 AM | Copy of warrant and inventory left with: at Residence. Items to be seized reviewed with Brian Bartlett |
| Inventory made in the presence of: Via United States Attorneys Office | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See Attached

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/9/19

_____
Executing officer's signature

Bryan Butler / Special Agent
Printed name and title

FD-597 (Rev 8-11-94)                                                                 Page  1  of  1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 46E-DE-3074178

On (date) 7/25/19

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Brian Bartlett
(Street Address) 2150 M-61, Bentley, MI 48613
(City)

Description of Item(s): Miscellaneous papers, Financial/tax/ssi documents (2), Brian Bartlett Documents, Surveillance System Hard drive

This
12:05 pm

Received By: _____(Signature)       Received From: _____(Signature)