UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF THE SEARCH OF:     CASE NO. 19-MC-51081-7
11400 ARLAND RD., RIVES JUNCTION,
MICHIGAN
_____

## MOTION TO UNSEAL
_____

The United States of America respectfully requests that the document filed September 13, 2019, consisting of a search warrant return, be unsealed for the reason that it is no longer necessary in the interest of justice for the documents to be sealed.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

Dated:   March 4, 2021        s/ANCA I. POP
Assistant United States Attorney

IT IS SO ORDERED.

Dated:  March 4, 2021        s/ Patricia T. Morris
PATRICIA T. MORRIS
United States Magistrate Judge