UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF THE SEARCH OF:      CASE NO. 19-MC-51081-3
791 M-61, STANDISH, MICHIGAN

_____

**MOTION AND ORDER TO SEAL SEARCH WARRANT AND SEARCH WARRANT RETURN**

_____

THE UNITED STATES OF AMERICA requests that the investigation-related documents filed, consisting of a Search Warrant, application for a Search Warrant, and accompanying affidavit filed July 24, 2019, and subsequent search warrant return filed September 13, 2019, be sealed to avoid compromising an ongoing investigation, with the exception that the government be permitted, pursuant to its discovery obligations—Federal Rules of Criminal Procedure 16 and 26.2, 18 U.S.C. § 3500 (the Jencks Act), *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 450 U.S. 150 (1972), and the Court's Standing Order on Discovery—to produce the investigation-related documents at a later date to any criminal defendant who has standing to challenge a search or seizure authorized by these documents or who may need the investigation-related documents to prepare his or her defense against the charges.

WHEREFORE, the government respectfully requests that the investigation-related documents described above be sealed until further order of the court.

    SAIMA S. MOHSIN
    Acting United States Attorney

    *s/Anca I. Pop*
    Anca I. Pop
    Assistant United States Attorney
    101 First Street, Suite 200
    Bay City, Michigan 48502
    P70032

Dated: March 4, 2021

**IT IS SO ORDERED.**

_____
Elizabeth Stafford
United States Magistrate Judge

Entered: March 4, 2021